BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MJ-00127-CKD |
| Plaintiff, | ORDER |
| v. | |
| JEREMY HOWSER, | |
| Defendant. | DATE: July 28, 2014<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the court trial scheduled for July 28, 2014 at 9:30 a.m. is vacated.  It is further ordered that a change of plea hearing is set for August 7, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  July 22, 2014                           /s/ CAROLYN K. DELANEY
                                                HON. CAROLYN K. DELANEY
                                                United States Magistrate Judge

1